UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KASHI HERNANDEZ,

Plaintiff,

-against-

REVOLUT TECHNOLOGIES INC.,

Defendant.

1:26-CV-9372 (JLR)

ORDER OF SERVICE

JENNIFER L. ROCHON, United States District Judge:

Plaintiff Kashi Hernandez, a United States citizen currently located in Albania, appears *pro se* and asserts federal-law claims under the Electronic Fund Transfer Act and the Rehabilitation Act, as well as state-law claims under the court's supplemental jurisdiction. He names Revolut Technologies Inc. as the sole Defendant.

By order dated October 29, 2026, the court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* ("IFP"). The Court directs service on Defendant.

## DISCUSSION

### A. Service on the Defendant

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the assistance of the court and the United States Marshals Service ("USMS") to effect service on the Defendant.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d)

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure ("Rule 4(m)") generally requires that a summons and the complaint be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served a summons and the complaint on Defendant until the Court reviewed the complaint and ordered that a summons be issued for Defendant. The Court therefore extends the time to serve Defendant with a summons and the complaint until 90 days after the date that a summons for Defendant is issued. If a summons and the complaint are not served on Defendant within 90 days from the date that a summons is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of

("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendant through the USMS, the Clerk of Court is instructed to fill out a USMS Process Receipt and Return form ("USM-285 form") for Defendant. The Clerk of Court is further instructed to issue a summons for Defendant and deliver to the USMS all the paperwork necessary for the USMS to effect service of a summons and the complaint on Defendant.

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss this action if he fails to do so.

**B. City Bar Justice Center**

The City Bar Justice Center ("CBJC") operates the SDNY Federal Pro Se Legal Assistance Project to assist parties representing themselves in civil actions filed in this court.[2] Appointments can be scheduled by completing the CBJC's intake form. If Plaintiff is not able to complete this form, or if Plaintiff has questions about the form, he should call (212) 382-4794. A flyer with details is attached.

**CONCLUSION**

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court also directs the Clerk of Court to issue a summons for Defendant Revolut Technologies Inc., complete a USM-285 form with the service address of that Defendant, and

---

time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) (summary order) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

[2] The CBJC is a private organization that is not part of the court, and the CBJC's SDNY Federal Pro Se Legal Assistance Project cannot accept filings on behalf of the court.

deliver all documents necessary to effect service of a summons and the complaint on that Defendant to the USMS. The Clerk of Court shall email this Order to Plaintiff at kashihernandez123@gmail.com.

SO ORDERED.

Dated: October 29, 2026
New York, New York

JENNIFER L. ROCHON
United States District Judge

**SERVICE ADDRESS FOR DEFENDANT**

Revolut Technologies Inc.
107 Greenwich Street
20th Floor
New York, New York 10006

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT

in the Southern District of New York (SDNY)

CITY BAR JUSTICE CENTER

## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project (Fed Pro) provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

## HOW TO SCHEDULE AN APPOINTMENT

To schedule an appointment for assistance with City Bar Justice Center's Fed Pro project, you must first complete our online Intake Form.

- Our online Intake Form is accessible via one of these methods:
  - Scan the QR code to the right.
  - Go to bit.ly/prosesdny
- Once on the City Bar Justice Center Federal Pro Se Legal Assistance page, scroll down to "**SDNY**" and then click "**APPLY FOR HELP**" to be taken to the Intake Form.
- When the Intake Form asks: "How can we help you", please select "**Federal Court Case**" from the drop-down menu. The Fed Pro SDNY office will receive your application ONLY if you select "federal court case." If you select anything else, you will need to re-complete your application.

Once you complete the form, someone will contact you, usually within five business days, to schedule an appointment. If you are not able to complete the Intake Form, please call **(212) 382-4794,** leave a detailed message, and wait for us to call you back, typically within five business days.

## HOW WE HELP

**While we cannot provide full representation,** we can assist litigants by providing limited-scope services such as:

- **Counseling** about potential federal claims prior to filing suit
- **Interpreting and explaining** federal law and procedure
- **Reviewing drafted pleadings** and correspondence with the Court
- Consulting on **discovery** matters
- Assisting with the **settlement** process (including **mediation**)