UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KASHI HERNANDEZ,<br>Plaintiff,<br>-against-<br>REVOLUT TECHNOLOGIES INC.,<br>Defendant. | Case No. 1:26-cv-09372 (JLR)<br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On October 29, 2026, the Court scheduled a conference for Monday, November 2, 2026 at 9:00 a.m. EST to address Plaintiff's motion for a temporary restraining order seeking relief before November 3, 2026 regarding his account with Defendant Revolut. Dkt. 4, 10. Defendant was sent notice of the conference and Plaintiff's motion. Dkt. 10.

On October 30, 2026, Defendant Revolut filed a letter with the Court providing that "all relief sought in the Motion has now been provided." Dkt. 11. Defendant also communicated this to Plaintiff "via in-application support chat" earlier in the day on October 30, 2026. *Id.* at 1.

Given that all relief sought in the motion for injunctive relief has been provided, the Court hereby denies the Plaintiff's motion at Dkt. 4 as moot and adjourns the November 2, 2026 conference. The Clerk of Court shall terminate the motion at Dkt. 4, email this Order to Plaintiff at kashihernandez123@gmail.com, and email the Order to Defendants at legaldisputes-us@revolut.com.

Dated: October 30, 2026
New York, New York

SO ORDERED.

Jennifer Rochon
JENNIFER L. ROCHON
United States District Judge